**IT IS SO ORDERED.**

Dated: 08 September, 2009 02:27 PM

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

200611470
(ajt)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | | |
|---|---|---|
| IN RE: | : | Case No. 06-14030 |
| Delmar D. Shuster | : | Chapter 13 |
| | : | Judge Baxter |
| Debtor | | |
| | : | **ORDER GRANTING FINAL MODIFICATION OF AUTOMATIC STAY AND CO-DEBTOR STAY (PROPERTY ADDRESS: 1945 MARK DRIVE, LORAIN, OH 44052)** |
| | : | |
| | : | |

This matter is before the Court upon the Agreed Order on Motion for Relief From Stay and Co-Debtor Stay of U.S. Bank, N.A. successor by merger to The Leader Mortgage Company c/o U.S. Bank Home Mortgage; and upon the Affidavit of Default by Olivia Todd dated August 19, 2009; and it appearing to the Court that the Creditor holds the promissory note and first mortgage describing certain real estate

owned by the debtor and located at 1945 Mark Drive, Lorain, OH 44052, which mortgage loan obligation is in default; and it further appearing that said debtor has failed to comply with the terms of the Agreed Order on Motion for Relief From Stay and Co-Debtor Stay filed herein on August 17, 2007, and that said Creditor has filed an appropriate Affidavit of Default herein pursuant to the terms of said Agreed Order; accordingly

IT IS ORDERED THAT the automatic stay invoked herein by Section 362 of the Bankruptcy Code **and the co-debtor stay imposed by Section l30l of the Bankruptcy Code**, shall be, and hereby are, terminated in all respects as against the Creditor, its successors and assigns.

The Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s). Movant is directed to file a report of sale promptly following liquidation of the Collateral if any excess proceeds have been received and Movant is given leave to file an unsecured deficiency claim within 60 days after liquidation of the Collateral, if such claim exists.

###

SUBMITTED BY:

/s/ Ronald C. Taylor, Jr., Case Attorney
Ohio Supreme Court Reg. #0083298
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
Romi T. Fox, Attorney
Bar Registration #0037174
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 354-6464 fax
nohbk@lsrlaw.com

COPIES TO:

James B. Kerner, Esq.
525 Avon Belden Rd.
Suite 5
Avon Lake, OH 44012

Craig Shopneck, Trustee
BP Tower
200 Public Square, Suite 3860
Cleveland, OH  44114-2314

Delmar D. Shuster
1945 Mark Drive
Lorain, OH 44052

Sandra A. Shuster
1945 Mark Drive
Lorain, OH 44052

Ronald C. Taylor, Jr., Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114